524 A.2d 896

**COMMONWEALTH of Pennsylvania**

v.

**Dennis STATEN, Petitioner.**

**No. 212 E.D. Allocatur Dkt. 1986.**

Supreme Court of Pennsylvania.

March 24, 1987.

## ORDER

PER CURIAM:

AND NOW, this 24th day of March, 1987, the Petition for Allowance of Appeal is granted. The Order of the Superior Court entered January 31, 1986, 350 Pa.Super. 173, 504 A.2d 301 is reversed and the Order of the Court of Common Pleas of Berks County, Criminal Division, entered November 13, 1981, at No. 810831301 & A Bill is reinstated. *See Smalis v. Pennsylvania*, 476 U.S. 140, 106 S.Ct. 1745, 90 L.Ed.2d 116 (1986).